IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PRASHANTH C. SAI RANGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.2:08cv694-TMH |
| | ) | (WO) |
| MICHAEL CHERTOFF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION AND ORDER**

The Magistrate Judge filed a Recommendation (Doc. #17) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #17) of the Magistrate Judge is ADOPTED. This suit pursuant to 42 U.S.C. § 1983 is DISMISSED without prejudice due to Plaintiff's failure to prosecute and otherwise comply with the orders of this Court.

An appropriate judgment will be entered.

Done this 3rd day of December, 2008.

/s/ Truman M. Hobbs

_____

UNITED STATES DISTRICT JUDGE